IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT DAVIS,

    Plaintiff,                     No. CIV S-07-0674 LKK EFB P

    vs.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.                ORDER

_____/

      Plaintiff is a pretrial detainee prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

      Plaintiff must pay the statutory filing fee of $350. *See* 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate agency to the Clerk of the Court when the amount in plaintiff's account exceeds $10 until the filing fee is

1

paid in full. 28 U.S.C. § 1915(b)(2).

The court finds that, for the limited purposes of § 1915A screening, the complaint states a cognizable claims for relief against all defendants for the use of excessive force in violation of the Fourth Amendment pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  However, plaintiff names seven "John Doe" defendants in addition to the Sacramento County Sheriff's Department.  Before the court can order service of process on the "Doe" defendants, plaintiff must discover their names and provide them to the court.

Accordingly, it hereby is ordered that:

1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

2. Plaintiff must pay the statutory filing fee of $350 for this action. All payments shall be collected in accordance with the order to the Monterey County Sheriff/Jail filed concurrently herewith.

3. Service is appropriate for all defendants, but plaintiff must file an amended complaint identifying the "Doe" defendants by name.  The court hereby gives plaintiff 90 days to discover the identity of the "Doe" defendants and to file an amended complaint naming them.  An amended complaint must be complete in itself without reference to any prior pleading.  Local Rule 15-220; *see Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967).

4. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an instruction sheet and one copy of the April 9, 2007, pleading.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 form and two copies of the endorsed April 9, 2007, pleading.

////

////

////

////

1  6. Upon receipt of the necessary materials, the court will direct the United States
2 Marshal to serve the Sacramento County Sheriff's Department pursuant to Federal Rule of Civil
3 Procedure 4 without payment of costs.
4 Dated: June 15, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT DAVIS,

    Plaintiff,                  No. CIV S-07-0674 LKK EFB P

    vs.

SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, et al.,,

    Defendants.               NOTICE OF SUBMISSION OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        1        completed summons form

        1        completed form USM-285

        2        copies of the   April 9, 2007
                                              Complaint

Dated:

                                              Plaintiff