IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT DAVIS,

      Plaintiff,                        No. CIV S-07-0674 LKK EFB P

      vs.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.              ORDER

      Plaintiff is a state prisoner proceeding without counsel *in forma pauperis* in an action against prison officials for civil rights violations. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). No initial payment has been assessed. However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

1       The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*
2 *pauperis* application upon the Monterey County Sheriff and deliver a copy of this order to the
3 Clerk's financial division.
4       So ordered.
5 Dated: June 15, 2007.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE