IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT DAVIS,

    Plaintiff,                    No. CIV S-07-0674 LKK EFB P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT,

    Defendant.                 ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 25, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 25, 2008, are adopted in full;

2. Defendant's September 20, 2007, motion to strike is granted;

3. Defendant's September 20, 2007, motion to dismiss is granted, and plaintiff's claim against the Sacramento County Sheriff's Department are dismissed;

4. Plaintiff is granted 30 days to file an amended complaint curing the deficiencies identified above; and,

5. Plaintiff be admonished that failure to comply with this court's order will result in the dismissal of this action for plaintiff's failure to state a claim upon which relief can be granted.

DATED:  March 28, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2