IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT DAVIS,

    Plaintiff,                  No. CIV S-07-0674 LKK EFB P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT,         FINDINGS AND RECOMMENDATIONS

    Defendant.
_____/

    Plaintiff is a prisoner, without counsel, suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 28, 2008, the assigned district judge adopted this court's February 25, 2008, findings and recommendations, and granted defendant's September 20, 2007, motion to dismiss and/or to strike. That order gave plaintiff 30 days to file an amended complaint curing the deficiencies identified in the February 25, 2008, findings and recommendations and explained that failure timely to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a cognizable claim against any defendant.

    The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

    Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to state a claim. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

1    These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 15 days after
3 being served with these findings and recommendations, any party may file written objections
4 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
5 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
6 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
7 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

8 Dated: May 28, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE